# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00503-CR

**Trevin Darnell Alexander, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 74716, HONORABLE JOHN GAUNTT, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Trevin Darnell Alexander appeals from the trial court's judgment of conviction. However, there is conflicting information in the clerk's record about Alexander's right to appeal, reflecting both Alexander's waiver of his right to appeal and the trial court's certification that Alexander has the right to appeal. *See* Tex. R. App. P. 25.2(a)(2), (d) (requiring trial court's certification of defendant's right of appeal); *see also Adkinson v. State*, No. 03-11-00639-CR, 2012 Tex. App. LEXIS 4027, at *1 (Tex. App.—Austin May 17, 2012, no pet.) (mem. op., not designated for publication) (abating appeal based on same conflict in clerk's record).

Accordingly, we abate this appeal and remand the cause to the trial court for entry of an amended certification clarifying Alexander's right of appeal. *See* Tex. R. App. P. 25.2(f). A supplemental clerk's record containing the trial court's amended certification shall be filed with this Court on or before September 30, 2016. *See* Tex. R. App. P. 25.2(d), 34.5(c)(2), 37.1.

It is ordered on August 31, 2016.


Before Chief Justice Rose, Justices Goodwin and Bourland

Abated and Remanded

Filed:   August 31, 2016